**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **COLOSSAL BIOSCIENCES INC.,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 26-3112 |
| | § | |
| v. | § | |
| | § | |
| **JAMES KEHLER,** | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1(a)(1), Plaintiff Colossal Biosciences Inc. ("Colossal") states that it has no parent corporation, and no publicly held corporation owns 10% or more of Colossal's stock.

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Colossal states that it is a citizen only of the State of Delaware and the State of Texas for purposes of diversity jurisdiction under 28 U.S.C. § 1332, and that there are no individuals or entities whose citizenship is attributed to Colossal.

The undersigned is presently unaware of any other entities or persons that must be disclosed pursuant to Fed. R. Civ. P. 7.1.

DATED: November 6, 2026

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

/s/ Asher B. Griffin
Alex Spiro
*Pro Hac Vice Application forthcoming*
alexspiro@quinnemanuel.com
Rajat Rana
*Pro Hac Vice Application forthcoming*
rajatrana@quinnemanuel.com
295 5th Avenue
New York, New York 10016-7103
Telephone: (212) 849-7000
Fax: (212) 849-7100

James D. Judah
*Pro Hac Vice Application forthcoming*
50 California Street, 22nd Floor
San Francisco, California 94111
jamesjudah@quinnemanuel.com
Telephone: (415) 875-6600
Fax: (415) 875-6700

Asher B. Griffin
TX State Bar No. 24036684
300 West 6th Street, Suite 2010
Austin, Texas 78701
ashergriffin@quinnemanuel.com
Telephone: (737) 667-6100
Fax: (737) 667-6110

*Attorneys for Plaintiff Colossal Biosciences Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on this 6th day of November 2026.

/s/ *Asher B. Griffin*
Asher B. Griffin

*Attorney for Plaintiff Colossal Biosciences Inc.*